UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL B. REED,

        Petitioner,             Case No. 07-10719

v.                            HONORABLE AVERN COHN

ANDREW JACKSON,

        Respondent.

_____/

## JUDGMENT

      For the reasons stated in the Court's Memorandum and Order Denying Petition for

Writ of Habeas Corpus and Denying Certificate of Appealability entered and filed on this

date, the Petitioner's Petition for Writ of Habeas Corpus is DENIED and the above case is

DISMISSED.

                         DAVID WEAVER

Dated: March 31, 2010         By: s/ Julie Owens
                           Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Michael Reed
323335, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880 and
the attorneys of record on this date, March 31, 2010, by electronic and/or ordinary mail.

                        s/Julie Owens
                        Case Manager, (313) 234-5160